IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-5-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAMON EDILIO GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is set for a bench trial at 9:00 a.m. on Wednesday, July 27, 2011.

SO ORDERED. This 19 day of July 2011.

JAMES C. DEVER III
United States District Judge