IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-5-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RAMON EDILIO GOMEZ, | ) | |
| | ) | |
| Defendant. | ) | |

On July 20, 2011, the government filed a motion in limine requesting the court to take judicial notice of Gomez's guilty plea to the crimes charged in counts two and three of the indictment [D.E. 45]. Pursuant to Local Criminal Rules 12.1 and 47.1(c), the court directs Gomez to file a response to the motion no later than July 22, 2011.

SO ORDERED. This **21** day of July 2011.

JAMES C. DEVER III
United States District Judge