IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CR-5-2D

UNITED STATES OF AMERICA :
:
v. : **JUDGMENT**
:
RAMON EDILIO GOMEZ :

Pursuant to the Order of Forfeiture entered by the Court on Nov. 28, 2011, judgment is hereby entered against defendant, RAMON EDILIO GOMEZ, in the amount of $1,087,590.00. Post-judgment interest shall accrue at the rate of .12%.

This 29th day of November, 2011.

DENNIS P. IAVARONE
Clerk
U. S. District Court